UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:16-cr-00252-APG-NJK |
| vs. | ) | |
| SCOTT ANTHONY PAULI, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is Defendant Scott Anthony Pauli's motion to suppress evidence. Docket No. 16  The Court hereby SETS an evidentiary hearing on this motion for January 19, 2017, at 1:00 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: January 3, 2017.


_____
NANCY J. KOPPE
United States Magistrate Judge