UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>SCOTT ANTHONY PAULI,<br><br>                              Defendant. | Case No. 2:16-cr-00252-APG-NJK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE KOPPE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>(ECF Nos. 16, 35) |

   Defendant Scott Pauli filed a motion to suppress evidence seized (1) during a traffic stop, and (2) pursuant to a search warrant that was issued later based in part on evidence seized during the traffic stop. ECF No. 16.  After conducting an evidentiary hearing, Magistrate Judge Koppe entered her Report & Recommendation recommending that the motion to suppress be granted. ECF No. 35.  The United States filed an Objection to portions of the Report & Recommendation (ECF No. 37)[1] and Mr. Pauli filed a Response (ECF No. 38).  Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers.  Judge Koppe's Report & Recommendation sets forth the proper legal analysis, and the factual bases, for the decision.  I adopt her findings and reasoning as my own.  Therefore,

   IT IS HEREBY ORDERED that Magistrate Judge Koppe's Report & Recommendation **(ECF No. 35) is accepted**.  Mr. Pauli's motion to suppress **(ECF No. 16) is granted.**  I hereby suppress the glass pipe and bag of methamphetamine found on Mr. Pauli's person, the items found in his vehicle, and the gun found in his residence.

   Dated: March 6, 2017.

                                                                                  _____
                                                                                  ANDREW P. GORDON
                                                                                  UNITED STATES DISTRICT JUDGE

---

[1] In its Objection, the United States does not argue that even if the frisk was unlawful, the later search warrant would still be supported by probable cause.  Thus, the United States has waived any objection to that portion of Magistrate Judge Koppe's Report & Recommendation. ECF No. 35 at 16:14-20:2.  Regardless, I have reviewed and agree with that portion of the Report & Recommendation.